UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDOL NOVIN and POOYA POURNADI, | Case No.: 14-CV-01218-LHK |
| Plaintiffs, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| GAIL FONG, ROBERT COOK, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, and TWENTY UNKNOWN DMV EMPLOYEES, | |
| Defendants. | |

The initial case management conference set for October 8, 2014, is continued to November 20, 2014, at 1:30 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by November 13, 2014.

**IT IS SO ORDERED.**

Dated: October 1, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-01218-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE