UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDOL NOVIN and POOYA POURNADI, | Case No.: 5:14-CV-1218-LHK |
| Plaintiffs, | ORDER REQUESTING SUPPLEMENTAL BRIEFING |
| v. | |
| GAIL FONG; ROBERT COOK; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; and TWENTY UNKNOWN DMV EMPLOYEES, | |
| Defendants. | |

The Court requests that Plaintiffs Abdol Novin and Pooya Pournadi file a supplemental brief answering the following questions: (1) whether Plaintiffs filed an appeal of the DMV's denial of Pournadi's permit application under California Vehicle Code § 11708; (2) if Plaintiffs did not file an appeal, did defendants Gail Fong or Robert Cook interfere with or prevent any attempt to appeal?  Plaintiffs shall file a supplemental brief not to exceed 3 pages, plus any supporting exhibits, by Wednesday November 19, 2014 at 5 p.m.

**IT IS SO ORDERED.**

Dated: November 18, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 5:14-CV-1218-LHK
ORDER REQUESTING SUPPLEMENTAL BRIEFING