UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDOL NOVIN and POOYA POURNADI, | Case No.: 14-CV-01218-LHK |
| Plaintiffs, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| GAIL FONG; ROBERT COOK; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; and TWENTY UNKNOWN DMV EMPLOYEES, | |
| Defendants. | |

The case management conference set for December 17, 2014, is continued to March 18, 2015, at 2:00 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by March 11, 2015.

**IT IS SO ORDERED.**

Dated: December 10, 2014

_____
LUCY H. KOH
United States District Judge