UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABDOL HOSSEIN NOVIN, et al., | Case No. 5:14-CV-01218-LHK |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ROBERT COOK, et al., | |
| Defendants. | |

The Court has granted Defendants' motion to dismiss with prejudice.  *See* ECF No. 50. The Clerk of the Court shall therefore enter judgment in favor of Defendants.

**IT IS SO ORDERED**.

Dated: June 2, 2015

_____
Lucy H. Koh
United States District Judge

1

Case No: 5:14-CV-01218-LHK
JUDGMENT